TRIGIANI & ENGLE, LLP
BY: MICHAEL J. ENGLE, ESQUIRE
ID NO. 85576
123 SOUTH BROAD STREET, SUITE 1812
PHILADELPHIA, PA 19109
(215) 985-4275

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : |
| --- | --- |
| vs. | : NO.09-363-01 (PGS) |
| DAVID KILKEARY | : |

O R D E R

AND NOW, to wit this 23 day of November, 2009, upon consideration of the Defendant's Motion for Continuance of Sentencing Hearing, and after response by the Government, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Continuance of Sentencing is GRANTED based upon the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy sentencing; and it is ORDERED that Defendant's sentencing shall be re-scheduled for: January 6, 2010 at 10:00 AM.

BY THE COURT:

_____
HONORABLE ~~PAUL~~ G. SHERIDAN
United States District Court Judge