# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID KILKEARY,<br><br>　　　　Defendant. | Civil Action No.: 09-00363 (PGS)<br><br>**ORDER** |

This matter comes before the Court on Defendant's request to adjourn sentencing.

IT IS, on this 6th day of January, 2010,

ORDERED that Defendant's expert shall report to Monmouth County Correctional Facility to conduct an examination of defendant Kilkeary on January 8 and January 15, 2010, it is further

ORDERED that Defendant's expert must submit his evaluation of Defendant by January 29, 2010 to Defendant's attorney; it is further

ORDERED that Defendant's sentencing memorandum shall be submitted on February 5, 2010; it is further

ORDERED that the Government's sentencing brief is due on February 16, 2010; and it is further

ORDERED that sentencing will take place on February 24, 2010 at 11:00 a.m.. There will be no further adjournments.

January 6, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.